B5 (Official Form 5) (12/07)                FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Aurora Capital Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>65-0366759 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**8360 W OAKLAND PARK BLVD, #201**<br>**Sunrise, FL 33351** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Broward** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Flamingo Enterprises, Inc. | Case Number | Date<br>February 4, 2009 |
|---|---|---|
| Relationship<br>Subsidiary of Debtor | District<br>**Southern District of Florida** | Judge |

**ALLEGATIONS**
(Check applicable boxes)                                                                    COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor **Aurora Capital Inc.**

Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

**Decon Worldwide, Inc.**
Name of Petitioner     Date Signed **2/3/2009**

Tami Muller

Name & Mailing Address of Individual Signing in Representative Capacity:
**Decon Worldwide, Inc.
2652 NW 31st Avenue
Fort Lauderdale, FL 33065**

X _____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Decon Worldwide, Inc.<br>2652 NW 31st Avenue<br>Fort Lauderdale, FL 33065 | Promissory Notes | 350,000.00 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**350,000.00**

__0__ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Name of Debtor **Aurora Capital Inc.**

B5 (Official Form 5) (12/07) - Page 2              Case No. _____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_                               X _____
Signature of Petitioner or Representative (State title)     Signature of Attorney         Date

Name of Petitioner: **Cherie Dori, Inc.**   Date Signed: **2/3/09**

Name & Mailing Address of Individual Signing in Representative Capacity:
**Shimon Cohen**
**Cheri Dori, Inc.**
**10001 W. Oakland Park Blvd.**
**Sunrise, FL 33351**

Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

X _____                        X _____
Signature of Petitioner or Representative (State title)     Signature of Attorney         Date

Name of Petitioner _____  Date Signed _____
Name of Attorney Firm (If any): _____
Address / Telephone No.: _____

X _____                        X _____
Signature of Petitioner or Representative (State title)     Signature of Attorney         Date

Name of Petitioner _____  Date Signed _____
Name of Attorney Firm (If any): _____
Address / Telephone No.: _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cheri Dori, Inc.<br>10001 W Oakland Park Blvd.<br>Sunrise, FL 33351 | Promissory Note | $300,000 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: **$300,000**

Name of Debtor **Aurora Capital Inc.**

B5 (Official Form 5) (12/07) - Page 2          Case No._____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X *[signed]*
Signature of Petitioner or Representative (State title)
**Yoel Saraf Living Trust   2/3/09**
Name of Petitioner **Yoel Saraf, Trustee**   Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: **Yoel Saraf Living Trust, 3201 NE 183 Street #2906, Aventura, FL 33160**

X_____
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address
Telephone No._____

X *[signed] Saraf Rina*
Signature of Petitioner or Representative (State title)
**Rina Saraf Living Trust   2/3/09**
Name of Petitioner **Rina Saraf, Trustee**   Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: **Rina Saraf Living Trust, 3201 NE 183 Street #2906, Aventura, FL 33160**

X_____
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address
Telephone No._____

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address
Telephone No._____

| PETITIONING CREDITORS |||
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Yoel Saraf Living Trust 3201 NE 183 Street #2906 Aventura, FL 33160 | Promissory Note | $500,000.00 |
| Rina Saraf Living Trust 3201 NE 183 Street #2906 Aventura, FL 33160 | Promissory Note | $500,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims **$1,000,000.00**