B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **AURORA CAPITAL INC.**  
 Debtor(s)

Case No. **09-11971-RBR**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American Express** P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | **American Express** P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | | **Contingent Unliquidated Disputed** | 17,996.34 |
| **AT&T** P. O. Box 78522 Phoenix, AZ 85062-8522 | **AT&T** P. O. Box 78522 Phoenix, AZ 85062-8522 | | **Contingent Unliquidated Disputed** | 603.04 |
| **AT&T (Formerly Bellsouth)** P.O. Box 70529 Charlotte, NC 28272-0529 | **AT&T (Formerly Bellsouth)** P.O. Box 70529 Charlotte, NC 28272-0529 | | **Contingent Unliquidated Disputed** | 7,769.98 |
| **AT&T Mobility** P.O. Box 70529 Charlotte, NC 28272-0529 | **AT&T Mobility** P.O. Box 70529 Charlotte, NC 28272-0529 | | **Contingent Unliquidated Disputed** | 294.77 |
| **AT&T Pro-Cabs (Formerly BellSouth Pro-Ca** P.O. Box 105373 Atlanta,, GA 30348 | **AT&T Pro-Cabs (Formerly BellSouth Pro-Ca** P.O. Box 105373 Atlanta,, GA 30348 | | **Contingent Unliquidated Disputed** | 729.36 |
| **Cardmember Service** PO Box 15153 Wilmington, DE 19886-5153 | **Cardmember Service** PO Box 15153 Wilmington, DE 19886-5153 | | **Contingent Unliquidated Disputed** | 690.01 |
| **Cherie Dori, Inc.** Shimon Cohen 10001 W. Oakland Park Blvd., #202 Sunrise   33351 | **Cherie Dori, Inc.** Shimon Cohen 10001 W. Oakland Park Blvd., #202 Sunrise   33351 | | **Contingent Unliquidated Disputed** | 312,375.00 |
| **Decon Worldwide** Dan Muller 2652 NW 31st Ave Fort Lauderdale, FL 33311-2708 | **Decon Worldwide** Dan Muller 2652 NW 31st Ave Fort Lauderdale, FL 33311-2708 | | **Contingent Unliquidated Disputed** | 366,184.73 |
| **Diana Macela Etinger** c/o Starwood PMB 449 1844 N. Nob Hill Rd. Plantation, FL 33322-6548 | **Diana Macela Etinger** c/o Starwood PMB 449 1844 N. Nob Hill Rd. Plantation, FL 33322-6548 | | **Contingent Unliquidated Disputed** | 241,076.99 |

B4 (Official Form 4) (12/07) - Cont.

In re **AURORA CAPITAL INC.**                                Case No. **09-11971-RBR**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Flag Aviation A.V.V.**<br>**Oswaldo Pitol**<br>**Rua Nelson Vicentini, 800**<br>**Condominio Royal Golf Res**<br>**Londrina-PR Parana Brazil 86055-480** | **Flag Aviation A.V.V.**<br>**Oswaldo Pitol**<br>**Rua Nelson Vicentini, 800**<br>**Londrina-PR Parana Brazil 86055-480** | | **Contingent Unliquidated Disputed** | 1,308,000.00 |
| **Imperial Premium Finance Inc.**<br>**PO Box 9045**<br>**New York, NY 10087-9045** | **Imperial Premium Finance Inc.**<br>**PO Box 9045**<br>**New York, NY 10087-9045** | | **Contingent Unliquidated Disputed** | 2,332.49 |
| **Meira Benbassat Revocable Trust**<br>**19500 Turnberry Way**<br>**Apt. 9A**<br>**Aventura, FL 33180** | **Meira Benbassat Revocable Trust**<br>**19500 Turnberry Way**<br>**Apt. 9A**<br>**Aventura, FL 33180** | | **Contingent Unliquidated Disputed** | 260,700.01 |
| **Michele Ambrosino**<br>**50 Biscayne Blvd**<br>**Apt. 3304**<br>**Miami, FL 33132** | **Michele Ambrosino**<br>**50 Biscayne Blvd**<br>**Apt. 3304**<br>**Miami, FL 33132** | | **Contingent Unliquidated Disputed** | 162,375.00 |
| **Milentus, Ltd.**<br>**Ziv Tirosh**<br>**16 Menachem Begin St.**<br>**Ramat Gan Israel   52700** | **Milentus, Ltd.**<br>**Ziv Tirosh**<br>**16 Menachem Begin St.**<br>**Ramat Gan Israel   52700** | | **Contingent Unliquidated Disputed** | 327,000.00 |
| **Richard Roth**<br>**PTY 1770**<br>**P.O. Box 025724**<br>**Miami, FL 33102-5724** | **Richard Roth**<br>**PTY 1770**<br>**P.O. Box 025724**<br>**Miami, FL 33102-5724** | | **Contingent Unliquidated Disputed** | 436,111.00 |
| **Rina Saraf Living Trust**<br>**3201 NE 183rd St. #2906**<br>**Aventura, FL 33160** | **Rina Saraf Living Trust**<br>**3201 NE 183rd St. #2906**<br>**Aventura, FL 33160** | | **Contingent Unliquidated Disputed** | 545,000.00 |
| **TBS-Florida**<br>**PO Box 790448**<br>**St. Louis, MO 63179-0448** | **TBS-Florida**<br>**PO Box 790448**<br>**St. Louis, MO 63179-0448** | | **Contingent Unliquidated Disputed** | 2,444.19 |
| **Toshiba Business Solutions**<br>**P.O. BOX 402709**<br>**Atlanta,, GA 30384** | **Toshiba Business Solutions**<br>**P.O. BOX 402709**<br>**Atlanta,, GA 30384** | | **Contingent Unliquidated Disputed** | 19,268.12 |
| **Wachovia Insurance Services, Inc.**<br>**1555 Palm Beach Lakes Blvd.**<br>**Ste 1200**<br>**West Palm Beach, FL 33401** | **Wachovia Insurance Services, Inc.**<br>**1555 Palm Beach Lakes Blvd.**<br>**Ste 1200**<br>**West Palm Beach, FL 33401** | | **Contingent Unliquidated Disputed** | 2,851.66 |
| **Yoel Saraf Living Trust**<br>**3201 NE 183rd St. #2906**<br>**Aventura, FL 33160** | **Yoel Saraf Living Trust**<br>**3201 NE 183rd St. #2906**<br>**Aventura, FL 33160** | | **Contingent Unliquidated Disputed** | 545,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **AURORA CAPITAL INC.**                                                                                                            Case No.  **09-11971-RBR**
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the CHAPTER 11 TRUSTEE of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 17, 2009**                             Signature  _____
                                                                                **LESLIE S. OSBORNE, ESQ.**
                                                                                **CHAPTER 11 TRUSTEE**

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                 18 U.S.C. §§  152 and 3571.